No. 55788.—Thomas Pipitone v. United States, protest 170648–K (B) (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Naumes Forwarding Service* v. *United States* (24 Cust. Ct. 93, C. D. 1214) the claim for free entry under paragraph 1646 was sustained.

No. 55789.—V. Sabella & Co., Inc. v. United States, protest 167838–K (A) (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55790.—Frederick P. Victoria v. United States, protest 168776–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55791.—Thomas Pipitone and Pompeian Garden Furniture Co. v. United States, protests 170648–K (A) and 163017–K (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.